| | |
|---|---|
| 1 | Kenneth M. Seeger (State Bar No. 135862) |
| | Brian J. Devine (State Bar No. 215198) |
| 2 | SEEGER ● SALVAS LLP |
| | 455 Market Street, Suite 1530 |
| 3 | San Francisco, CA 94105 |
| | Telephone: (415) 981-9260 |
| 4 | Facsimile: (415) 981-9266 |
| | bdevine@seegersalvas.com   kseeger@seegersalvas.com |

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

Attorneys for Plaintiff Aram Hovsepian

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAM HOVSEPIAN, individually and on behalf of all others similarly situated, | No. C 08-05788 PVT |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| vs. | |
| APPLE, INC. | |
| Defendant. | |

- 1 -

NOTICE OF APPEARANCE OF COUNSEL – **No. C 08-05788 PVT**

Dockets.Justia.com

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Kenneth M. Seeger and Brian J. Devine of Seeger Salvas LLP, 455 Market Street, Suite 1530, San Francisco, CA 94105, hereby enter appearances in the above-captioned matter as co-counsel on behalf of Plaintiff Aram Hovsepian.

DATED: January 23, 2009.                         SEEGER • SALVAS LLP

                                                 By  /s/ Brian J. Devine
                                                     Brian J. Devine
                                                     Attorneys for Plaintiff Aram Hovsepian

**ADDITIONAL COUNSEL:**

Jonathan Shub (SBN 237708)            David Buchanan
SEEGER WEISS LLP                      SEEGER WEISS LLP
1515 Market Street, Suite 1380        One William Street
Philadelphia, PA 19102                New York, NY 10004
Tel: (215) 564-2300                   (212) 584-0700
Fax: (215) 851-8029
jshub@seegerweiss.com

Michael D. Donovan                    Eric D. Freed (SBN 164526)
DONOVAN & SEARLES, LLC                George K. Lang
1845 Walnut Street, Suite 1100        Michael J. Lotus
Philadelphia, PA 19103                FREED & WEISS LLC
(215) 732-6067                        111 W. Washington Street, Suite 1331
                                      Chicago, IL 60602
                                      (312) 220-0000

Richard J. Burke                      Michael J. Boni
RICHARD J. BURKE, LLC                 BONI & ZACK, LLC
1010 Market Street, Suite 650         16 St. Asaphs Road
St. Louis, MO 63101                   Bala Cynwyd, PA 19004
(314) 621-8647                        (610) 822-2000

# **CERTIFICATE OF SERVICE**

I am a citizen of the United States and a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is SEEGER • SALVAS LLP, 455 Market Street, Suite 1530, San Francisco, CA 94105.

On **January 23, 2009**, I served the following document(s) by the method indicated below:

- **Notice of Appearance of Counsel**

X **ECF SYSTEM**

By filing the document(s) listed above on the Court's Electronic Case Filing System. I am informed an believe that the documents will be electronically served on all individuals registered with such system. For individuals not registered with the ECF system, I have placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below for delivery. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 23, 2009, at San Francisco, California.

                                                                   /s/ Brian J. Devine
                                                                   Brian J. Devine

**SERVICE LIST**

| | |
|---|---|
| Jonathan Shub (SBN 237708)<br>SEEGER WEISS LLP<br>1515 Market Street, Suite 1380<br>Philadelphia, PA 19102<br>Tel: (215) 564-2300<br>Fax: (215) 851-8029 | Via ECF System |
| David Buchanan<br>SEEGER WEISS LLP<br>One William Street<br>New York, NY 10004<br>(212) 584-0700 | Via ECF System |
| Michael D. Donovan<br>DONOVAN & SEARLES, LLC<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103<br>(215) 732-6067 | Via ECF System |
| Eric D. Freed (SBN 164526)<br>George K. Lang<br>Michael J. Lotus<br>FREED & WEISS LLC<br>111 W. Washington Street, Suite 1331<br>Chicago, IL 60602<br>(312) 220-0000 | Via ECF System |
| Richard J. Burke<br>RICHARD J. BURKE, LLC<br>1010 Market Street, Suite 650<br>St. Louis, MO 63101<br>(314) 621-8647 | Via ECF System |
| Michael J. Boni<br>BONI & ZACK, LLC<br>16 St. Asaphs Road<br>Bala Cynwyd, PA 19004<br>(610) 822-2000 | Via ECF System |
| Apple, Inc.<br>c/o CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017 | Via Mail |