Kenneth M. Seeger (State Bar No. 135862)
Brian J. Devine (State Bar No. 215198)
SEEGER ● SALVAS LLP
455 Market Street, Suite 1530
San Francisco, CA 94105
Telephone:   (415) 981-9260
Facsimile:   (415) 981-9266
bdevine@seegersalvas.com   kseeger@seegersalvas.com

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

Attorneys for Plaintiff Aram Hovsepian

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAM HOVSEPIAN, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>APPLE, INC.<br><br>          Defendant. | No. C 08-05788 PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: January 23, 2009.　　　　　　　　　　　SEEGER • SALVAS LLP


By /s/ Brian J. Devine
　　Brian J. Devine
　　Attorneys for Plaintiff Aram Hovsepian

**ADDITIONAL COUNSEL:**

| | |
|---|---|
| Jonathan Shub (SBN 237708)<br>SEEGER WEISS LLP<br>1515 Market Street, Suite 1380<br>Philadelphia, PA 19102<br>Tel: (215) 564-2300<br>Fax: (215) 851-8029<br>jshub@seegerweiss.com | David Buchanan<br>SEEGER WEISS LLP<br>One William Street<br>New York, NY 10004<br>(212) 584-0700 |
| Michael D. Donovan<br>DONOVAN & SEARLES, LLC<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103<br>(215) 732-6067 | Eric D. Freed (SBN 164526)<br>George K. Lang<br>Michael J. Lotus<br>FREED & WEISS LLC<br>111 W. Washington Street, Suite 1331<br>Chicago, IL 60602<br>(312) 220-0000 |
| Richard J. Burke<br>RICHARD J. BURKE, LLC<br>1010 Market Street, Suite 650<br>St. Louis, MO 63101<br>(314) 621-8647 | Michael J. Boni<br>BONI & ZACK, LLC<br>16 St. Asaphs Road<br>Bala Cynwyd, PA 19004<br>(610) 822-2000 |

# **CERTIFICATE OF SERVICE**

I am a citizen of the United States and a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is SEEGER • SALVAS LLP, 455 Market Street, Suite 1530, San Francisco, CA 94105.

On **January 23, 2009**, I served the following document(s) by the method indicated below:

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

X **ECF SYSTEM**

By filing the document(s) listed above on the Court's Electronic Case Filing System. I am informed an believe that the documents will be electronically served on all individuals registered with such system. For individuals not registered with the ECF system, I have placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below for delivery. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.


SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 23, 2009, at San Francisco, California.


　　　　　　　　　　　　　　　　　　_____/s/ Brian J. Devine_____
　　　　　　　　　　　　　　　　　　Brian J. Devine

**SERVICE LIST**

| | |
|---|---|
| Jonathan Shub (SBN 237708)<br>SEEGER WEISS LLP<br>1515 Market Street, Suite 1380<br>Philadelphia, PA 19102<br>Tel: (215) 564-2300<br>Fax: (215) 851-8029 | Via ECF System |
| David Buchanan<br>SEEGER WEISS LLP<br>One William Street<br>New York, NY 10004<br>(212) 584-0700 | Via ECF System |
| Michael D. Donovan<br>DONOVAN & SEARLES, LLC<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103<br>(215) 732-6067 | Via ECF System |
| Eric D. Freed (SBN 164526)<br>George K. Lang<br>Michael J. Lotus<br>FREED & WEISS LLC<br>111 W. Washington Street, Suite 1331<br>Chicago, IL 60602<br>(312) 220-0000 | Via Mail |
| Richard J. Burke<br>RICHARD J. BURKE, LLC<br>1010 Market Street, Suite 650<br>St. Louis, MO 63101<br>(314) 621-8647 | Via Mail |
| Michael J. Boni<br>BONI & ZACK, LLC<br>16 St. Asaphs Road<br>Bala Cynwyd, PA 19004<br>(610) 822-2000 | Via ECF System |
| Apple, Inc.<br>c/o CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017 | Via Mail |