JONATHAN SHUB (SB# 237708) jshub@seegerweiss.com
SEEGER WEISS LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Telephone: (215) 564-2300
Facsimile: (215) 851-8029

Attorneys for Plaintiff
ARAM HOVSEPIAN

DAVID M. WALSH (SB# 120761) davidwalsh@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

THOMAS A. COUNTS (SB# 148051) tomcounts@paulhastings.com
T. LEE KISSMAN (SB# 233434) leekissman@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARAM HOVSEPIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendant. | CASE NO. C 08-05788 JF<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT**<br><br>Complaint Filed: December 31, 2008<br><br>Hon. Jeremy Fogel |

WHEREAS, on December 31, 2008, plaintiff Aram Hovsepian ("Plaintiff") filed a Class Action Complaint ("Complaint") against defendant Apple Inc. ("Apple");

Case No. C 08-05788 JF

STIPULATION EXTENDING DEADLINE
TO RESPOND TO COMPLAINT

WHEREAS, on January 23, 2009, Plaintiff served Apple with the Complaint;

WHEREAS, Apple's response to the Complaint is due by February 12, 2009;

WHEREAS, the parties have agreed to extend Apple's deadline to respond to the Complaint to and including February 27, 2009;

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by Court order.

NOW THEREFORE, pursuant to Northern District Court Civil Local Rule 6-1(a), the parties to this action, by and through their undersigned counsel, hereby stipulate and agree that, Apple shall file and serve its response to the Complaint by February 27, 2009.

DATED: February 11, 2009    SEEGER WEISS LLP

By: /s/ Jonathan Shub
JONATHAN SHUB

Attorneys for Plaintiff
ARAM HOVSEPIAN

DATED: February 11, 2009    PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Thomas A. Counts
THOMAS A. COUNTS

Attorneys for Defendant
APPLE INC.

I attest that concurrence in the filing of this document has been obtained from Jonathan Shub for Plaintiff.

By: /s/ Thomas A. Counts
Thomas A. Counts
Attorney for Defendant
APPLE INC.

LEGAL_US_W # 61018242.1