| Clerk's Use Only |
| --- |
| Initial for fee pd.: |

Type name, address, phone number of applicant here
George K. Lang
Freed & Weiss LLC
111 W. Washington St., Suite 1331
Chicago, IL 60602 - (312) 220-0000

FILED

08 FEB 12 PM 2:46

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Aram Hovsepian, individually and on behalf of all others similarly situated,

　　　　　　Plaintiff(s),

　　　v.

Apple, Inc.

　　　　　　Defendant(s).

CASE NO. C 08-05788 PVT

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, George K. Lang, an active member in good standing of the bar of Northern District of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff, Aram Hovsepian in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 26, 2008

DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611028839
Cashier ID: bucklem
Transaction Date: 02/12/2009
Payer Name: freed and weiss

PRO HAC VICE
 For: george k lang
 Case/Party: D-CAN-5-09-AT-PROHAC-001
 Amount:      $210.00

CHECK
 Check/Money Order Num: 7098
 Amt Tendered:  $210.00

Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

c08-5788jf


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.