| | |
|---|---|
| DAVID M. WALSH (SB# 120761) davidwalsh@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

THOMAS A. COUNTS (SB# 148051) tomcounts@paulhastings.com
T. LEE KISSMAN (SB# 233434) leekissman@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
APPLE INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARAM HOVSEPIAN, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>  vs.<br><br>APPLE INC.,<br><br>            Defendant. | CASE NO. C 08-05788 JF<br><br>**DEFENDANT APPLE INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS AND MOTION TO STRIKE**<br><br>Date:    April 24, 2009<br>Time:   9:00 a.m.<br>Dept.:  Courtroom 3, 5th Floor<br><br>Complaint Filed: December 31, 2008 |

Case No. C 08-05788 JF

DEFENDANT APPLE INC.'S REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS AND MOTION TO STRIKE

1  Pursuant to Rule 201 of the Federal Rules of Evidence, Defendant Apple Inc. ("Apple") hereby requests that the Court take judicial notice of Apple's One (1) Year Limited Warranty – Worldwide for Apple-branded hardware, including the iMac, which is cited in Apple's Motion to Dismiss and Motion to Strike, filed concurrently herewith. A true and correct copy of an exemplar of Apple's written warranty is attached as Exhibit A to the accompanying Declaration of T. Lee Kissman and contains the language that Plaintiff received with his iMac at the time of purchase.

Federal Rule of Evidence 201(b) provides that a court may take judicial notice of adjudicative facts "not subject to reasonable dispute in that [they are] . . . capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Under this rule, "documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the pleading, may be considered in ruling on a Rule 12(b)(6) motion to dismiss." *Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir. 1994), *overruled on other grounds, Galbraith v. County of Santa Clara*, 307 F.3d 1119 (9th Cir. 2002); *Hoey v. Sony Elecs. Inc.*, 515 F. Supp. 2d 1099, 1103 (N.D. Cal. 2007) (taking judicial notice of express warranty because complaint was based on that warranty); *Long v. Hewlett-Packard Co.*, No. C-06-02816 JW, 2007 U.S. Dist. LEXIS 79262, at *16-18 n.3 (N.D. Cal. July 27, 2007) (taking judicial notice of warranty because it was referenced in the complaint).

Apple's written warranty for the iMac is a proper subject of judicial notice. Plaintiff's Class Action Complaint ("Complaint') specifically refers to Apple's written warranty, and Plaintiff bases his allegations on this warranty. For example, Plaintiff's prayer for relief states that "Plaintiff seeks a declaration that the Apple iMac screen display warranties regarding the one year time limitation on manufacturing defects in material or workmanship are void, invalid and not enforceable." (Cmplt. at ¶ 52.) Plaintiff also maintains that "[t]here is an actual controversy between Apple and the Class concerning the validity of the time limitations in the warranty on iMac screen displays showing vertical lines." (Cmplt. at ¶ 49; *see also id*. at ¶ 4 ("consumers have made warranty claims arising from vertical lines which have been denied as out of warranty"); *id.* at ¶ 12 (". . . consumers purchased iMacs, made warranty claims arising

from the vertical lines on the display screens, and made out of warranty repairs related to the vertical line problem").)

Since Plaintiff has incorporated Apple's written warranty by reference into the Complaint, the Court may take judicial notice of this warranty and consider it for purposes of Apple's Motion to Dismiss, and for Apple's Motion to Strike.

DATED: February 27, 2009 PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Thomas A. Counts
THOMAS A. COUNTS

Attorneys for Defendant
APPLE INC.

LEGAL_US_W # 60933285.1

Case No. C 08-05788 JF -2- DEFENDANT APPLE INC.'S REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS AND MOTION TO STRIKE