DAVID M. WALSH (SB# 120761) davidwalsh@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

THOMAS A. COUNTS (SB# 148051) tomcounts@paulhastings.com
T. LEE KISSMAN (SB# 233434) leekissman@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARAM HOVSEPIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendant. | CASE NO. C 08-05788 JF<br><br>**DECLARATION OF T. LEE KISSMAN IN SUPPORT OF DEFENDANT APPLE INC.'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date: April 24, 2009<br>Time: 9:00 a.m.<br>Dept.: Courtroom 3, 5th Floor<br><br>Complaint Filed: December 31, 2008 |

1         I, T. Lee Kissman, state and declare:

2     1.     I am an active member in good standing of the State Bar of California and an associate with the law firm of Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings"), counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned matter. This declaration is submitted in support of Apple's Request for Judicial Notice. Unless otherwise stated, I have personal knowledge of the matters set forth herein and if called upon to testify could and would testify to these facts.

    2.     Attached as Exhibit A is a true and correct copy of Apple's One (1) Year Limited Warranty – Worldwide for Apple-branded hardware, including the iMac.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed this 27th day of February, 2009, at San Francisco, California.

                                                      T. Lee Kissman

LEGAL_US_W # 60953153.1