IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aram Hovsepian, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Apple, Inc.<br><br>    Defendant. | CASE NO. C 08-05788 ~~PVT~~ JF<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Michael J. Lotus, whose business address and telephone number is Freed & Weiss LLC, 111 W. Washington Street, Suite 1331, Chicago, Illinois, 60602, (312) 220-0000

and who is an active member in good standing of the bar of Illinois, Northern District, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff, Aram Hovsepian.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 2/23/09

_____
United States District Judge