JONATHAN SHUB (SBN 237708)
MIRIAM L. SCHIMMEL (SBN 185089)
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, Pennsylvania 19102
(215) 564-2300 tel; (215) 851-8029 fax
jshub@seegerweiss.com

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

Attorneys for Plaintiff,
and all others similarly situated

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ARAM HOVSEPIAN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>APPLE, INC.,<br><br>　　　　Defendant. | Case No. C08-05788 JF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT IN LIEU OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, AND FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>Date: April 24, 2009<br>Time: 9:00 a.m.<br>Dept. Crtm. 3, 5th Floor |

　　　　Plaintiff Aram Hovsepian, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendant, Apple, Inc. ("Defendant"), through their respective attorneys, hereby set forth as follows:

　　　　WHEREAS, Defendant filed a Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure Rule 12(b), which is set for hearing

before this Court on April 24, 2009;

WHEREAS, Defendant's opposition is due on or before April 3, 2009;

WHEREAS, Federal Rule of Civil Procedure Rule 15(a) allows Plaintiff to amend his complaint once as a matter of right before a responsive pleading is filed;

WHEREAS, Defendant's Rule 12(b) Motion is not considered to be a responsive pleading under the F.R.C.P.;

WHEREAS, Plaintiff has met and conferred with Defendant and has proposed that, in lieu of opposing Defendant's motion, Plaintiff will amend his complaint, Defendant will withdraw its Motion to Dismiss and the hearing scheduled for April 24, 2009 will be taken off calendar;

WHEREAS, Plaintiff has asked Defendant for an additional two weeks from the date when Plaintiff's opposition to the motion was due, in order to draft and file his amended complaint (the "Amended Complaint");

WHEREAS, in exchange therefor, Plaintiff has agreed to allow Defendant 45 days to file a responsive pleading to the Amended Complaint;

**BASED THEREON, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

In lieu of opposing Defendant's Motion to Dismiss, Plaintiff agrees to file an Amended Complaint on or before April 17, 2009.

Defendant agrees that, upon the Court's approval of this Stipulation, Defendant's Motion to Dismiss shall be withdrawn.

The hearing scheduled for April 24, 2009 will be taken off calendar.

Defendant shall have 45 days from the date Plaintiff files his Amended

Complaint in which to file a responsive pleading.

**IT IS SO STIPULATED.**

Dated:  April 3, 2009                    Respectfully Submitted,


By: /s/ _____
JONATHAN SHUB (SBN 237708)
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, Pennsylvania  19102
(215) 564-2300

David R. Buchanan
**SEEGER WEISS LLP**
One Williams Street
New York, NY 10004
(212) 584-0700

Eric D. Freed (SBN 164526)
George K. Lang
Michael J. Lotus
**FREED & WEISS LLC**
111 W. Washington St., Suite 1331
Chicago, Illinois 60602
(312) 220-0000

Michael J. Boni
**BONI & ZACK, LLC**
16 St. Asaphs Road
Bala Cynwyd, PA 19004
(610) 822-2000

Michael D. Donovan
**DONOVAN SEARLES, LLC**
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
(215) 732-6067

Richard J. Burke
**RICHARD J. BURKE LLC**
1010 Market Street, Suite 650

| | |
|---|---|
| | St. Louis, Missouri 63101<br>(314) 621-8647 |
| | *Attorneys for Plaintiff, ARAM HOVSEPIAN, and all others similarly situated* |
| Dated: April 3, 2009 | **PAUL, HASTINGS, JANOFSKY & WALKER LLP** |
| | /s/ Thomas A. Counts<br>Thomas A. Counts<br>Tammy Lee Kissman<br>David M. Walsh<br>**PAUL, HASTINGS, JANOFSKY & WALKER LLP**<br>55 Second Street<br>24th Floor<br>San Francisco, CA 94105-3441<br>415-856-7000<br>Attorneys for Defendant, APPLE, INC |

### ECF CERTIFICATION

Pursuant to General Order No. 45, § X.B. the filing attorney attests that he has obtained concurrence regarding the filing of this document from each of the signatories to the document

| | |
|---|---|
| Dated: April 3, 2009 | /s/<br>Jonathan Shub, Esq. |

**PURSUANT TO STIPULATION IT IS SO ORDERED:**

DATED: _____

_____
**Honorable Jeremy Fogel,**
**United States District Court Judge**