Dockets.Justia.com

| | |
|---|---|
| 1 | Jonathan Shub (SBN 237708)<br>jshub@seegerweiss.com |
| 2 | **SEEGER WEISS LLP**<br>1515 Market Street, Suite 1380 |
| 3 | Philadelphia, PA 19102<br>Phone: (215) 564-2300 |
| 4 | Fax (215) 851-8029 |
| 5 | *Attorneys for Plaintiff* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ARAM HOVSEPIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC., Defendant. | CASE NO.:<br>**08-CV-005788-JF**<br><br>*Assigned to the Honorable Jeremy Fogel*<br><br>**PROOF OF SERVICE** |

STATE OF PENNSYLVANIA, COUNTY OF PHILADELPHIA

1.  At the time of service I was at least 18 years of age and not a party to this legal action.

2.  My name is Andro Torres and my business address is Seeger Weiss LLP 1515 Market Street, Suite 1380, Philadelphia, Pennsylvania 19102.

3.  I served copies of the following documents (specify the exact title of each document served): STIPULATION AND [PROPOSED]ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT IN LIEU OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, AND FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT

4.  I served the documents listed above in item 3 on the following persons at the addresses listed below:

Richard J. Burke
Richard J. Burke LLC
1010 Market Street
Suite 650
St. Louis, MO 63101

5. [X] BY FIRST CLASS MAIL: On the date set forth below, I deposited such envelope(s), in a mailbox regularly maintained by the U.S. Postal Service in Philadelphia County, Pennsylvania. The envelopes were deposited with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Philadelphia County, Pennsylvania, on April 3, 2009.

_____
Andro Torres