# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Hovsepian, | 08-05788 JF |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Apple, Inc., | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

**Notice Re: Noncompliance With Court Order**
08-05788 JF                                            -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: May 6, 2009

                                      RICHARD W. WIEKING
                                      Clerk
                                      by:    Timothy J. Smagacz

                                      *Timothy Smagacz* (signature)
                                      ADR Program Administrator
                                      415-522-4205
                                      Tim_Smagacz@cand.uscourts.gov

PROOF OF SERVICE

Case Name:      Hovsepian v. Apple, Inc.

Case Number:    08-05788 JF

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On May 6, 2009, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Jonathan Shub
>   Seeger Weiss LLP
>   1515 Market Street
>   Suite 1380
>   Philadelphia, PA 19102
>   jshub@seegerweiss.com
>
>   Michael J. Boni
>   Boni & Zack LLC
>   15 St. Asaphs Road
>   Bala Cynwyd, PA 19004
>   mboni@bonizack.com
>
>   Michael John Lotus
>   Freed and Weiss LLC
>   111 W. Washington Street
>   uite 1331
>   Chicago, IL 60602
>   mike@freedweiss.com
>
>   Richard J. Burke

Richard J. Burke LLC
1010 Market Street
Suite 650
St. Louis, MO 63101

Michael D. Donovan
Donovan Searles, LLC
1845 Walnut Street
Suite 1100
Philadelphia, PA 19103
mdonovan@donovansearles.com

David R. Buchanan
Seeger Weiss LLP
One Williams Street
New York, NY 10004
DBuchanan@SeegerWeiss.com

George Kevin Lang
Freed and Weiss LLC
111 W. Washington Street
Suite 1331
Chicago, IL 60602
george@freedweiss.com

Eric David Freed
Freed & Weiss LLC
111 W Washington St
1331
Chicago, IL 60602
eric@freedweiss.com

Brian J. Devine
Seeger.Salvas LLP
525 Market Street
Suite 1530
San Francisco, CA 94105
bdevine@seegersalvas.com

Kenneth Mark Seeger
Seeger Salvas, LLP
525 Market Street
Suite 1530
San Francisco, CA 94105

kseeger@seegersalvas.com

Tammy Lee Kissman
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105-3441
leekissman@paulhastings.com

Thomas A. Counts
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105-3441
tomcounts@paulhastings.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 6, 2009 in San Francisco, California.

                                          RICHARD W. WIEKING
                                          Clerk
                                          by:    Timothy J. Smagacz

_____
ADR Program Administrator
415-522-4205
Tim_Smagacz@cand.uscourts.gov