1   DAVID M. WALSH (SB# 120761)  davidwalsh@paulhastings.com
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
2   515 South Flower Street
    Twenty-Fifth Floor
3   Los Angeles, CA  90071
    Telephone:  (213) 683-6000
4   Facsimile:  (213) 627-0705

5   THOMAS A. COUNTS (SB# 148051)  tomcounts@paulhastings.com
    ERIC A. LONG (SB# 244147)  ericlong@paulhastings.com
6   PAUL, HASTINGS, JANOFSKY & WALKER LLP
    55 Second Street
7   Twenty-Fourth Floor
    San Francisco, CA  94105-3441
8   Telephone:  (415) 856-7000
    Facsimile:  (415) 856-7100
9
    Attorneys for Defendant
10  APPLE INC.

11                     UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14

15  ARAM HOVSEPIAN, individually and on        CASE NO. C 08-05788 JF
    behalf of all others similarly situated,
16                                             **CERTIFICATION OF INTERESTED**
                    Plaintiff,                 **ENTITIES OR PERSONS**
17
           vs.
18                                             **[FRCP 7.1 AND CIVIL LOCAL RULE 3-16]**
    APPLE INC.,
19
                    Defendant.                 Complaint Filed:  December 31, 2008
20
                                               Hon. Jeremy Fogel
21

22

23

24

25

26

27

28

                                               CERTIFICATION OF INTERESTED
                                                    ENTITIES OR PERSONS

Dockets.Justia.com

1    Pursuant to Federal Rule of Civil Procedure 7.1, defendant Apple Inc. ("Apple")

2    hereby discloses that it is a publicly held company with numerous shareholders. It has no parent

3    company, and no company owns more than ten percent (10%) of its stock.

4    Pursuant to Local Rule 3-16, the undersigned counsel certifies that the following

5    persons are directors and executive officers of Apple who have a financial interest in Apple, as

6    defined by 28 U.S.C. section 455 (d)(4): (a) Board of Directors: William Campbell; Millard

7    Drexler; Albert Gore Jr.; Steve Jobs; Andrea Jung; Arthur D. Levinson, Ph.D.; Eric Schmidt,

8    Ph.D.; and Jerome B. York; (b) Executive Officers: Steve Jobs, Timothy D. Cook; Daniel

9    Cooperman; Peter Oppenheimer, Philip W. Schiller; Scott Forstall; Ronald B. Johnson; Jonathan

10   Ive; Robert Mansfield; Bertrand Serlet; Sina Tamaddon and Mark Papermaster.

11

12   DATED: May 8, 2009              PAUL, HASTINGS, JANOFSKY & WALKER LLP

13

14                                   By:_____/s/ Thomas A. Counts_____

15                                          THOMAS A. COUNTS

16                                   Attorneys for Defendant
                                     APPLE INC.

17

18   LEGAL_US_W # 61491450.1

19

20

21

22

23

24

25

26

27

28