| | |
|---|---|
| 1 | DAVID M. WALSH (SB# 120761) davidwalsh@paulhastings.com<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 2 | 515 South Flower Street<br>Twenty-Fifth Floor |
| 3 | Los Angeles, CA 90071<br>Telephone: (213) 683-6000 |
| 4 | Facsimile: (213) 627-0705 |
| 5 | THOMAS A. COUNTS (SB# 148051) tomcounts@paulhastings.com<br>ERIC A. LONG (SB# 244147) ericlong@paulhastings.com |
| 6 | PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>55 Second Street |
| 7 | Twenty-Fourth Floor<br>San Francisco, CA 94105-3441 |
| 8 | Telephone: (415) 856-7000<br>Facsimile: (415) 856-7100 |
| 9 | |
| 10 | Attorneys for Defendant<br>APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARAM HOVSEPIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendant. | CASE NO. C 08-05788 JF<br><br>CASE NO. TO BE RELATED: C 09-01064 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO HAVE CASES RELATED**<br><br>**[CIVIL L.R. 3-12, 7-11, AND 7-12]**<br><br>Complaint Filed: December 31, 2008<br><br>Hon. Jeremy Fogel |
| ROMAN HUF, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendant. | |

Case No. C 08-05788 JF

STIPULATION AND [PROPOSED] ORDER TO HAVE CASES RELATED

## STIPULATION

The parties in *Roman Huf v. Apple Inc.*, U.S.D.C., Northern District of California, Case No. C 09-01064 RS, by and through their counsel of record, hereby stipulate as follows:

1. WHEREAS, Plaintiffs in the action entitled *Aram Hovsepian v. Apple Inc.*, U.S.D.C., Northern District of California, Case No. C 08-05788 JF (the "*Hovsepian* Action"), filed their Amended Class Action Complaint and Demand for Jury Trial on April 17, 2009;

2. WHEREAS, Plaintiffs in the action entitled *Roman Huf v. Apple Inc.*, U.S.D.C., Northern District of California, Case No. C 09-01064 RS (the "*Huf* Action"), filed their Class Action Complaint and Demand for Jury Trial on March 11, 2009;

3. WHEREAS, *Aram Hovsepian v. Apple Inc.*, Case No. C 08-05788 JF is related to *Roman Huf v. Apple Inc.*, Case No. C 09-01064 RS;

4. WHEREAS, Plaintiffs in the *Huf* Action do not object to it being deemed related to the *Hovsepian* Action pursuant to Local Rule 3-12(a), because (i) the two actions concern substantially the same parties, property, transactions or events; and (ii) it appears likely that there will be an unduly burdensome duplication of labor and expense, and a risk of conflicting results if the cases are conducted before different judges; and

6. NOW, THEREFORE, the parties to the *Huf* Action request that the Court order the *Huf* Action be deemed related to the *Hovsepian* Action.

SO STIPULATED.

DATED: May 8, 2009         CALDWELL LESLIE & PROCTOR PC


By: ___/s/ Christine Ford___
    CHRISTINE FORD

Attorneys for Plaintiff
ROMAN HUF

| | |
|---|---|
| DATED: May 8, 2009 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | By: /s/ Thomas A. Counts |
| | THOMAS A. COUNTS |
| | Attorneys for Defendant |
| | APPLE INC. |

I attest that concurrence in the filing of this document has been obtained from Christine Ford for Plaintiff.

By: /s/ Thomas A. Counts
    Thomas A. Counts
    Attorney for Defendant
    APPLE INC.

# **ORDER**

The Court has considered the above Stipulation and accompanying Administrative Motion, and for good cause appearing therefore, the Motion is GRANTED and the Court hereby ORDERS as follows:

Pursuant to Northern District Civil Local Rule 3-12, *Roman Huf v. Apple Inc.*, Case No. C 09-01064 RS is related to *Aram Hovsepian v. Apple Inc.*, Case No. C 08-05788 JF.

IT IS FURTHER ORDERED that the *Huf* Action is transferred and reassigned to the Honorable Jeremy Fogel for all purposes.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: SN. NU

_____
Jeremy Fogel
United States District Judge

LEGAL_US_W # 61669998.3

-3-  STIPULATION AND [PROPOSED] ORDER TO HAVE CASES RELATED

Case No. C 08-05788 JF