| | |
|---|---|
| 1<br>2<br>3<br>4 | JONATHAN SHUB (SBN 237708)<br>**SEEGER WEISS LLP**<br>1515 Market Street, Suite 1380<br>Philadelphia, Pennsylvania 19102<br>(215) 564-2300 tel; (215) 851-8029 fax<br>jshub@seegerweiss.com |
| 5 | *[ADDITIONAL COUNSEL ON SIGNATURE PAGE]* |
| 6 | Attorneys for Plaintiff |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARAM HOVSEPIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE, INC.,<br><br>Defendant. | Case No. 08-cv-5788 JF<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>JURY TRIAL DEMANDED |

Pursuant to Civil L.R. 3-16 the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

In addition to the named parties: members of the proposed class or classes of APPLE INC.'s customers who purchased an Apple iMac computer, whose identities are as yet unknown.

Dated: May 12, 2009

                                            Respectfully Submitted,
                                            ARAM HOVSEPIAN

                                            By: /s/
                                            JONATHAN SHUB (SBN 237708)
                                            **SEEGER WEISS LLP**
                                            1515 Market Street, Suite 1380
                                            Philadelphia, Pennsylvania 19102
                                            (215) 564-2300

## **ADDITIONAL COUNSEL**

| | |
|---|---|
| David R. Buchanan<br>**SEEGER WEISS LLP**<br>One Williams Street<br>New York, NY 10004<br>(212) 584-0700 | Michael D. Donovan<br>**DONOVAN SEARLES, LLC**<br>1845 Walnut Street<br>Suite 1100<br>Philadelphia, PA 19103<br>(215) 732-6067 |
| Eric D. Freed (SBN 164526)<br>George K. Lang<br>Michael J. Lotus<br>**FREED & WEISS LLC**<br>111 W. Washington St., Suite 1331<br>Chicago, Illinois 60602<br>(312) 220-0000 | Richard J. Burke<br>**RICHARD J. BURKE LLC**<br>1010 Market Street, Suite 650<br>St. Louis, Missouri 63101<br>(314) 621-8647 |
| Michael J. Boni<br>**BONI & ZACK, LLC**<br>16 St. Asaphs Road<br>Bala Cynwyd, PA 19004<br>(610) 822-200 | |