Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Phone: (215) 564-2300
Fax (215) 851-8029

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ARAM HOVSEPIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC., Defendant. | CASE NO.:<br>**08-CV-005788-JF**<br><br>*Assigned to the Honorable Jeremy Fogel*<br><br>**PROOF OF SERVICE** |

STATE OF PENNSYLVANIA, COUNTY OF PHILADELPHIA

1. At the time of service I was at least 18 years of age and not a party to this legal action.

2. My name is Andro Torres and my business address is Seeger Weiss LLP 1515 Market Street, Suite 1380, Philadelphia, Pennsylvania 19102.

3. I served copies of the following documents (specify the exact title of each document served): CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; PROOF OF SERVICE

4. I served the documents listed above in item 3 on the following persons at the addresses listed below:

Richard J. Burke
Richard J. Burke LLC
1010 Market Street
Suite 650
St. Louis, MO 63101

5. [X] BY FIRST CLASS MAIL: On the date set forth below, I deposited such envelope(s), in a mailbox regularly maintained by the U.S. Postal Service in Philadelphia County, Pennsylvania. The envelopes were deposited with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Philadelphia County, Pennsylvania, on May 12, 2009.

_____
Andro Torres

PROOF OF SERVICE
CASE NO.:08-cv-05788 JF
- 2 -