UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


ARAM HOVSEPIAN, individually, and
on behalf of all others similarly situated,
                Plaintiff(s),

            v.

APPLE, INC.,

                Defendant(s).
_____/

Case No. 5:08-cv-05788 PVT

ADR CERTIFICATION BY PARTIES
AND COUNSEL


    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.


Dated: 5/14/2009                                                         Aram Hovsepian
                                                                         [Party]


Dated: 5/14/2009                                                         /s/ Jonathan Shub, Esq.
                                                                         [Counsel]