UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, May 15, 2009           Time: 4 mins
**Case Number:** CV-08-5788-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:                **ARAM HOVSEPIAN   V.  APPLE, INC.**
                         **PLAINTIFF                               DEFENDANT**

   **Attorneys Present:** Kenneth Seeger, Jonathan Shub        **Attorneys Present:** David Walsh

PROCEEDINGS:
Case management conference held. Parties are present. Continued to 8/14/09 at 10:30 a.m. for further case management conference. The Court defers ENE until motions are heard.