| | |
|---|---|
| 1 | DAVID M. WALSH (SB# 120761) davidwalsh@paulhastings.com<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 2 | 515 South Flower Street<br>Twenty-Fifth Floor |
| 3 | Los Angeles, CA 90071<br>Telephone: (213) 683-6000 |
| 4 | Facsimile: (213) 627-0705 |
| 5 | THOMAS A. COUNTS (SB# 148051) tomcounts@paulhastings.com<br>ERIC A. LONG (SB# 244147) ericlong@paulhastings.com |
| 6 | PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>55 Second Street |
| 7 | Twenty-Fourth Floor<br>San Francisco, CA 94105-3441 |
| 8 | Telephone: (415) 856-7000<br>Facsimile: (415) 856-7100 |
| 9 | |
| 10 | Attorneys for Defendant<br>APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARAM HOVSEPIAN, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>APPLE INC.,<br><br>            Defendant. | CASE NO. C 08-05788 JF<br><br>**DEFENDANT APPLE INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS AND MOTION TO STRIKE AMENDED COMPLAINT**<br><br>Date:     July 24, 2009<br>Time:    9:00 a.m.<br>Dept.:    Courtroom 3, 5th Floor<br><br>Complaint Filed: December 31, 2008 |

Case No. C 08-05788 JF

DEFENDANT APPLE INC.'S REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS AND MOTION TO STRIKE

1    Pursuant to Rule 201 of the Federal Rules of Evidence, Defendant Apple Inc.

2 ("Apple") hereby requests that the Court take judicial notice of Apple's One (1) Year Limited

3 Warranty – Worldwide for Apple-branded hardware, including the iMac, which is cited in

4 Apple's Motion to Dismiss and Motion to Strike, filed concurrently herewith.  A true and correct

5 copy of an exemplar of Apple's written warranty is attached as Exhibit A to the accompanying

6 Declaration of Eric A. Long and contains the language that Plaintiff received with his iMac at the

7 time of purchase.

8    Federal Rule of Evidence 201(b) provides that a court may take judicial notice of

9 adjudicative facts "not subject to reasonable dispute in that [they are] . . . capable of accurate and

10 ready determination by resort to sources whose accuracy cannot reasonably be questioned."

11 Under this rule, "documents whose contents are alleged in a complaint and whose authenticity no

12 party questions, but which are not physically attached to the pleading, may be considered in

13 ruling on a Rule 12(b)(6) motion to dismiss." *Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir.

14 1994), *overruled on other grounds*, *Galbraith v. County of Santa Clara*, 307 F.3d 1119 (9th Cir.

15 2002); *Hoey v. Sony Elecs. Inc.*, 515 F. Supp. 2d 1099, 1103 (N.D. Cal. 2007) (taking judicial

16 notice of express warranty because complaint was based on that warranty); *Long v. Hewlett-

17 Packard Co*., 2007 U.S. Dist. LEXIS 79262, at *16-18 n.3 (N.D. Cal. July 27, 2007) (taking

18 judicial notice of warranty because it was referenced in the complaint).

19    Apple's written warranty for the iMac is a proper subject of judicial notice.

20 Plaintiff's Amended Class Action Complaint ("Amended Complaint') specifically refers to

21 Apple's written warranty, and Plaintiff bases his allegations on this warranty.  For example,

22 Plaintiff's prayer for relief states that "Plaintiff seeks a declaration that the Apple iMac screen

23 display warranties regarding the one year time limitation on manufacturing defects in material or

24 workmanship are void, invalid and not enforceable."  (Cmplt. at ¶ 100.)  Plaintiff also maintains

25 that "[t]here is an actual controversy between Apple and the Class concerning the validity of the

26 time limitations in the warranty on iMac screen displays showing vertical lines."  (Cmplt. at ¶ 97;

27 *see also id*. at ¶ 10 ("consumers have made warranty claims arising from vertical lines which

28 have been denied as out of warranty"); *id.* at ¶ 28 (". . . the vertical line problem will manifest,

-1-

DEFENDANT APPLE INC.'S REQUEST FOR
JUDICIAL NOTICE ISO MOTION TO
DISMISS AND MOTION TO STRIKE

| | |
|---|---|
| 1 | and that such manifestation is likely to occur just after the expiration of the Apple warranty of one |
| 2 | year.").) |

Since Plaintiff has incorporated Apple's written warranty by reference into the Amended Complaint, the Court may take judicial notice of this warranty and consider it for purposes of Apple's Motion to Dismiss, and for Apple's Motion to Strike.

DATED: June 1, 2009             PAUL, HASTINGS, JANOFSKY & WALKER LLP


By:          /s/ Thomas A. Counts
                THOMAS A. COUNTS

Attorneys for Defendant
APPLE INC.

LEGAL_US_W # 61773605.1