DAVID M. WALSH (SB# 120761) davidwalsh@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

THOMAS A. COUNTS (SB# 148051) tomcounts@paulhastings.com
ERIC A. LONG (SB# 244147) ericlong@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARAM HOVSEPIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendant. | CASE NO. C 08-05788 JF<br><br>**DECLARATION OF ERIC A. LONG IN SUPPORT OF DEFENDANT APPLE INC.'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date: July 24, 2009<br>Time: 9:00 a.m.<br>Dept.: Courtroom 3, 5th Floor<br><br>Complaint Filed: December 31, 2008 |

Hovsepian v. Apple, Inc.

Dockets.Justia.com

| | |
|---|---|
| 1 | I, Eric A. Long, state and declare: |
| 2 | 1. I am an active member in good standing of the State Bar of California and an |
| 3 | associate with the law firm of Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings"), counsel |
| 4 | of record for Defendant Apple Inc. ("Apple") in the above-captioned matter. This declaration is |
| 5 | submitted in support of Apple's Request for Judicial Notice. Unless otherwise stated, I have |
| 6 | personal knowledge of the matters set forth herein and if called upon to testify could and would |
| 7 | testify to these facts. |
| 8 | 2. Attached as Exhibit A is a true and correct copy of Apple's One (1) Year Limited |
| 9 | Warranty – Worldwide for Apple-branded hardware, including the iMac. |
| 10 | I declare under penalty of perjury under the laws of the United States of America |
| 11 | that the foregoing is true and correct. |
| 12 | Executed this 1st day of June, 2009, at San Francisco, California. |



Eric A. Long

LEGAL_US_W # 61773852.1

Case No. C 08-05788 JF

-1-

DECL. OF ERIC A. LONG ISO APPLE INC.'S
REQUEST FOR JUDICIAL NOTICE