United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Hovsepian, | 08-05788 JF ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| Apple, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> David T. Alexander
> 332 Sheridan Avenue
> Piedmont, CA 94611
> 650-387-4382

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-4 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
08-05788 JF ENE                           - 1 -

Dockets.Justia.com

| | |
|---|---|
| 1 | Counsel are reminded that the written ENE statements required by the ADR L.R. |
| 2 | 5-8 shall NOT be filed with the court. |
| 3 | |
| 4 | Dated: June 2, 2009 |

<div style="margin-left: 50%;">
RICHARD W. WIEKING<br>
Clerk<br>
by:    Claudia M. Forehand<br>
<br>
_____<br>
ADR Case Administrator<br>
415-522-2059<br>
Claudia_Forehand@cand.uscourts.gov
</div>