1  JONATHAN SHUB (SB# 237708) jshub@seegerweiss.com
   SEEGER WEISS LLP
2  1515 Market Street, Suite 1380
   Philadelphia, PA 19102
3  Telephone: (215) 564-2300
   Facsimile: (215) 851-8029
4
   Attorneys for Plaintiff
5  ARAM HOVSEPIAN

6
   DAVID M. WALSH (SB# 120761) davidwalsh@paulhastings.com
7  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
8  Twenty-Fifth Floor
   Los Angeles, CA 90071
9  Telephone: (213) 683-6000
   Facsimile: (213) 627-0705
10
   THOMAS A. COUNTS (SB# 148051) tomcounts@paulhastings.com
11 ERIC A. LONG (SB# 244147) ericlong@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
12 55 Second Street
   Twenty-Fourth Floor
13 San Francisco, CA 94105-3441
   Telephone: (415) 856-7000
14 Facsimile: (415) 856-7100

15 Attorneys for Defendant
   APPLE INC.

16                    UNITED STATES DISTRICT COURT
17                    NORTHERN DISTRICT OF CALIFORNIA
18                         SAN JOSE DIVISION
19

20 ARAM HOVSEPIAN, individually and on           CASE NO. C 08-05788 JF
   behalf of all others similarly situated,
21                                               **STIPULATION AND [PROPOSED]
                 Plaintiff,                      ORDER TO EXTEND DEADLINE FOR
22                                               DEFENDANT APPLE INC. TO FILE
         vs.                                     REPLY BRIEFS IN SUPPORT OF IT'S
23                                               MOTION TO STRIKE AND MOTION TO
   APPLE INC.,                                   DISMISS**
24
                 Defendant.
25                                               Complaint Filed: December 31, 2008

26                                               Hon. Jeremy Fogel
27

28
                                                 STIPULATION AND [PROPOSED] ORDER
                                                      TO EXTEND DEADLINE FOR APPLE TO
   Case No. C 08-05788 JF                                       FILE REPLY BRIEFS

Dockets.Justia.com

1  WHEREAS, defendant Apple Inc.'s Motion To Dismiss and Motion To Strike are
2  set to be heard by the Court on July 24, 2009;

3  WHEREAS, Plaintiff Aram Hovsepian's Opposition to the pending Motion To
4  Dismiss and Motion To Strike would have been due by Local Rule on July 2, 2009;

5  WHEREAS, by agreement of the parties, Plaintiff filed his Opposition to the
6  pending motions on Monday, July 6, 2009;

7  WHEREAS, the Reply briefs of Apple would otherwise be due by Local Rule on
8  Friday, July 10, 2009;

9  WHEREAS, by agreement of the parties, Apple's Reply briefs are now due on
10 Monday, July 13, 2009.

11  NOW THEREFORE, the parties, by and through their undersigned counsel,
12 hereby stipulate and agree that Apple shall file and serve its Reply briefs no later than July 13,
13 2009.

14 DATED:  July 7, 2009               SEEGER WEISS LLP

15

16                                     By:        /s/ Jonathan Shub
                                              JONATHAN SHUB
17

18                                     Attorneys for Plaintiff
                                       ARAM HOVSEPIAN

19 DATED:  July 7, 2009               PAUL, HASTINGS, JANOFSKY & WALKER LLP

20

21                                     By:        /s/ Thomas A. Counts
                                              THOMAS A. COUNTS
22

23                                     Attorneys for Defendant
                                       APPLE INC.

24 I attest that concurrence in the filing of this document has been obtained from Jonathan Shub for
25 Plaintiff.

26 By: /s/ Thomas A. Counts
   Thomas A. Counts
27 Attorney for Defendant
   APPLE INC.

28 LEGAL_US_W # 62195350.1

-1-

Case No. C 08-05788 JF

STIPULATION AND [PROPOSED] ORDER
TO EXTEND DEADLINE FOR APPLE TO
FILE REPLY BRIEFS

## **ORDER**

The Court has considered the above Stipulation, and good cause appearing therefore, the Court hereby ORDERS as follows: Apple shall file and serve its Reply Briefs no later than July 13, 2009.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Honorable Jeremy Fogel
United States District Judge

LEGAL_US_W # 62195350.1

Case No. C 08-05788 JF

-2-

STIPULATION AND [PROPOSED] ORDER
TO EXTEND DEADLINE FOR APPLE TO
FILE REPLY BRIEFS