JONATHAN SHUB (SB# 237708) jshub@seegerweiss.com
SEEGER WEISS LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Telephone: (215) 564-2300
Facsimile: (215) 851-8029

Attorneys for Plaintiff
ARAM HOVSEPIAN

DAVID M. WALSH (SB# 120761) davidwalsh@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

THOMAS A. COUNTS (SB# 148051) tomcounts@paulhastings.com
ERIC A. LONG (SB# 244147) ericlong@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARAM HOVSEPIAN, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>APPLE INC.,<br><br>　　　　　　Defendant. | CASE NO. C 08-05788 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO MOVE HEARING ON APPLE'S MOTION TO DISMISS AND MOTION TO STRIKE**<br><br>Complaint Filed: December 31, 2008<br><br>Hon. Jeremy Fogel |

WHEREAS, defendant Apple Inc.'s Motion To Dismiss and Motion To Strike are set to be heard by the Court on July 24, 2009 at 9:00 a.m.;

WHEREAS, one of the Counsel for Plaintiff Aram Hovsepian will be traveling from out of state and recently became aware of a scheduling conflict on that date,

WHEREAS, a Case Management Conference is currently set in this matter for August 14, 2009 at 10:30 a.m.;

NOW THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate and agree to move the hearing on the Motion to Dismiss and Motion to Strike from July 24, 2009 at 9:00 a.m. to August 14, 2009 at 9:00 a.m.

DATED:  July 15, 2009          SEEGER WEISS LLP


                               By:        /s/ Jonathan Shub
                                       JONATHAN SHUB

                               Attorneys for Plaintiff
                               ARAM HOVSEPIAN

DATED:  July15, 2009           PAUL, HASTINGS, JANOFSKY & WALKER LLP


                               By:        /s/ Thomas A. Counts
                                       THOMAS A. COUNTS

                               Attorneys for Defendant
                               APPLE INC.

I attest that concurrence in the filing of this document has been obtained from Thomas Counts for Plaintiff.

By: /s/ Jonathan Shub
Jonathan Shub
Attorney for Plaintiff
Aram Hovsepian

## **ORDER**

The Court has considered the above Stipulation, and for good cause appearing therefore, the Court hereby ORDERS as follows:  The Court will hear Apple's Motion to Dismiss and Motion to Strike on August 14. 2009 at 9:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Jeremy Fogel
United States District Judge