1   JONATHAN SHUB (SB# 237708) jshub@seegerweiss.com
    SEEGER WEISS LLP
2   1515 Market Street, Suite 1380
    Philadelphia, PA 19102
3   Telephone: (215) 564-2300
    Facsimile: (215) 851-8029
4                                        **E-Filed 7/16/2009**
    Attorneys for Plaintiff
5   ARAM HOVSEPIAN

6   DAVID M. WALSH (SB# 120761) davidwalsh@paulhastings.com
7   PAUL, HASTINGS, JANOFSKY & WALKER LLP
    515 South Flower Street
8   Twenty-Fifth Floor
    Los Angeles, CA  90071
9   Telephone:  (213) 683-6000
    Facsimile:  (213) 627-0705

10  THOMAS A. COUNTS (SB# 148051) tomcounts@paulhastings.com
11  ERIC A. LONG (SB# 244147) ericlong@paulhastings.com
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
12  55 Second Street
    Twenty-Fourth Floor
13  San Francisco, CA  94105-3441
    Telephone:  (415) 856-7000
14  Facsimile:  (415) 856-7100

15  Attorneys for Defendant
    APPLE INC.

16              UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

18                  SAN JOSE DIVISION

19

20  ARAM HOVSEPIAN, individually and on          CASE NO. C 08-05788 JF
    behalf of all others similarly situated,
21                                                STIPULATION AND [PROPOSED]
                    Plaintiff,                    ORDER TO MOVE HEARING ON
22                                                APPLE'S MOTION TO DISMISS AND
                                                  MOTION TO STRIKE
23          vs.

24  APPLE INC.,                                   Complaint Filed:  December 31, 2008

25                  Defendant.                    Hon. Jeremy Fogel

26

27

28

1

2

        WHEREAS, defendant Apple Inc.'s Motion To Dismiss and Motion To Strike are

set to be heard by the Court on July 24, 2009 at 9:00 a.m.;

3

4

        WHEREAS, one of the Counsel for Plaintiff Aram Hovsepian will be traveling

from out of state and recently became aware of a scheduling conflict on that date,

5

6

        WHEREAS, a Case Management Conference is currently set in this matter for

August 14, 2009 at 10:30 a.m.;

7

8

        NOW THEREFORE, the parties, by and through their undersigned counsel,

hereby stipulate and agree to move the hearing on the Motion to Dismiss and Motion to Strike

9

from July 24, 2009 at 9:00 a.m. to August 14, 2009 at 9:00 a.m.

10

DATED:  July 15, 2009        SEEGER WEISS LLP

11

12

13

By:_____/s/ Jonathan Shub_____

               JONATHAN SHUB

14

Attorneys for Plaintiff

ARAM HOVSEPIAN

15

16

DATED:  July15, 2009        PAUL, HASTINGS, JANOFSKY & WALKER LLP

17

18

By:_____/s/ Thomas A. Counts_____

               THOMAS A. COUNTS

19

20

Attorneys for Defendant

APPLE INC.

21

I attest that concurrence in the filing of this document has been obtained from Thomas Counts for
Plaintiff.

22

By: /s/ Jonathan Shub

23

Jonathan Shub

Attorney for Plaintiff

24

Aram Hovsepian

25

26

27

28

Case No. C 08-05788 JF

STIPULATION AND [PROPOSED] ORDER
TO MOVE HEARING ON MOTIONS TO
DISMISS AND STRIKE

1

## **ORDER**

2

3          The Court has considered the above Stipulation, and for good cause appearing

4   therefore, the Court hereby ORDERS as follows:  The Court will hear Apple's Motion to Dismiss

5   and Motion to Strike on August 14. 2009 at 9:00 a.m.

6                    PURSUANT TO STIPULATION, IT IS SO ORDERED.

7

8

9   Dated: ___7/16/2009_____

10

11                                        _____
                                                  Jeremy Fogel
12                                           United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 08-05788 JF                                    -3-

STIPULATION AND [PROPOSED] ORDER
TO MOVE HEARING ON MOTIONS TO
DISMISS AND STRIKE