1  JONATHAN SHUB (SB# 237708) jshub@seegerweiss.com
   SEEGER WEISS LLP
2  1515 Market Street, Suite 1380
   Philadelphia, PA 19102
3  Telephone: (215) 564-2300
   Facsimile: (215) 851-8029
4
   Attorneys for Plaintiff
5  ARAM HOVSEPIAN

6
   DAVID M. WALSH (SB# 120761) davidwalsh@paulhastings.com
7  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
8  Twenty-Fifth Floor
   Los Angeles, CA 90071
9  Telephone: (213) 683-6000
   Facsimile: (213) 627-0705

10 THOMAS A. COUNTS (SB# 148051) tomcounts@paulhastings.com
   ERIC A. LONG (SB# 244147) ericlong@paulhastings.com
11 PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
12 Twenty-Fourth Floor
   San Francisco, CA 94105-3441
13 Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
14
15 Attorneys for Defendant
   APPLE INC.

16                    UNITED STATES DISTRICT COURT
17                   NORTHERN DISTRICT OF CALIFORNIA
18                          SAN JOSE DIVISION
19

| | |
|---|---|
| ARAM HOVSEPIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendant. | CASE NO. C 08-05788 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT APPLE INC. TO FILE REPLY BRIEFS IN SUPPORT OF IT'S MOTION TO STRIKE AND MOTION TO DISMISS**<br><br>Complaint Filed: December 31, 2008<br><br>Hon. Jeremy Fogel |

Case No. C 08-05788 JF

STIPULATION AND [PROPOSED] ORDER
TO EXTEND DEADLINE FOR APPLE TO
FILE REPLY BRIEFS

1       WHEREAS, defendant Apple Inc.'s Motion To Dismiss and Motion To Strike are set to be heard by the Court on July 24, 2009;

      WHEREAS, Plaintiff Aram Hovsepian's Opposition to the pending Motion To Dismiss and Motion To Strike would have been due by Local Rule on July 2, 2009;

      WHEREAS, by agreement of the parties, Plaintiff filed his Opposition to the pending motions on Monday, July 6, 2009;

      WHEREAS, the Reply briefs of Apple would otherwise be due by Local Rule on Friday, July 10, 2009;

      WHEREAS, by agreement of the parties, Apple's Reply briefs are now due on Monday, July 13, 2009.

      NOW THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate and agree that Apple shall file and serve its Reply briefs no later than July 13, 2009.

DATED: July 7, 2009        SEEGER WEISS LLP

By:        /s/ Jonathan Shub
             JONATHAN SHUB

Attorneys for Plaintiff
ARAM HOVSEPIAN

DATED: July 7, 2009        PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:        /s/ Thomas A. Counts
             THOMAS A. COUNTS

Attorneys for Defendant
APPLE INC.

I attest that concurrence in the filing of this document has been obtained from Jonathan Shub for Plaintiff.

By: /s/ Thomas A. Counts
Thomas A. Counts
Attorney for Defendant
APPLE INC.

LEGAL_US_W # 62195350.1

Case No. C 08-05788 JF        -1-        STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR APPLE TO FILE REPLY BRIEFS

**ORDER**

The Court has considered the above Stipulation, and good cause appearing therefore, the Court hereby ORDERS as follows: Apple shall file and serve its Reply Briefs no later than July 13, 2009.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __ININU__

_____
Honorable Jeremy Fogel
United States District Judge

LEGAL_US_W # 62195350.1

Case No. C 08-05788 JF         -2-         STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR APPLE TO FILE REPLY BRIEFS