# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5ᵀᴴ FLOOR

### CIVIL MINUTES

**Court Proceedings:** Law and Motion Hearing, August 14, 2009     Time: 17 mins
**Case Number:** CV-08-5788-JF/PVT and Related Case Number CV-09-1064-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:**                **ARAM HOVSEPIAN   V.   APPLE, INC.**
                          **PLAINTIFF                           DEFENDANT**

**Attorneys Present:** Kenneth Seeger, Jonathan Shub     **Attorneys Present:** David Walsh
                       Christine Ford, Jeffrey Leon                             Eric Long

PROCEEDINGS:
   Hearing on Motions to Dismiss, Motions to Strike and Case Management Conference held. Parties are present. The motions are taken under submission. The case management conference is continued to 11/13/09 at 10:30 a.m.