1  JONATHAN SHUB (SB# 237708)  jshub@seegerweiss.com
   SEEGER WEISS LLP
2  1515 Market Street, Suite 1380
   Philadelphia, PA 19102
3  Telephone: (215) 564-2300
   Facsimile: (215) 851-8029
4
   Attorneys for Plaintiff
5  ARAM HOVSEPIAN

6
   DAVID M. WALSH (SB# 120761)  davidwalsh@paulhastings.com
7  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
8  Twenty-Fifth Floor
   Los Angeles, CA  90071
9  Telephone:  (213) 683-6000
   Facsimile:  (213) 627-0705

10 THOMAS A. COUNTS (SB# 148051)  tomcounts@paulhastings.com
   ERIC A. LONG (SB# 244147)  ericlong@paulhastings.com
11 PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
12 Twenty-Fourth Floor
   San Francisco, CA  94105-3441
13 Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
14
   Attorneys for Defendant
15 APPLE INC.

16                             UNITED STATES DISTRICT COURT

17                             NORTHERN DISTRICT OF CALIFORNIA

18                                     SAN JOSE DIVISION

19

| | |
|---|---|
| ARAM HOVSEPIAN, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>APPLE INC.,<br><br>                Defendant. | CASE NO. C 08-05788 JF<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO SECOND AMENDED COMPLAINT**<br><br>Complaint Filed:  December 31, 2008<br><br>Hon. Jeremy Fogel |

Case No. C 08-05788 JF                                                                   STIPULATION EXTENDING DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT

WHEREAS, on September 21, 2009, Plaintiff served Apple with the Second Amended Complaint;

WHEREAS, Apple's response to the Second Amended Complaint is due by October 5, 2009;

WHEREAS, the parties have agreed to extend Apple's deadline to respond to the Second Amended Complaint to and including October 9, 2009;

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by Court order.

NOW THEREFORE, pursuant to Northern District Court Civil Local Rule 6-1(a), the parties to this action, by and through their undersigned counsel, hereby stipulate and agree that, Apple shall file and serve its response to the Second Amended Complaint by October 9, 2009.

DATED: October 2, 2009         SEEGER WEISS LLP

                               By:        /s/ Jonathan Shub
                                          JONATHAN SHUB

                               Attorneys for Plaintiff
                               ARAM HOVSEPIAN


DATED: October 2, 2009         PAUL, HASTINGS, JANOFSKY & WALKER LLP

                               By:        /s/ Thomas A. Counts
                                          THOMAS A. COUNTS

                               Attorneys for Defendant
                               APPLE INC.

I attest that concurrence in the filing of this document has been obtained from Jonathan Shub for Plaintiff.

By: /s/ Thomas A. Counts
Thomas A. Counts
Attorney for Defendant
APPLE INC.

LEGAL_US_W # 62646858.1

Case No. C 08-05788 JF

-1-

STIPULATION EXTENDING DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT