**E-Filed 2/8/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARAM HOVSEPIAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE, INC.,<br><br>　　　　　　Defendant. | Case Number 5:08-cv-05788-JF<br><br>ORDER DISMISSING ACTION WITH PREJUDICE |

On December 17, 2009, the Court dismissed Plaintiff's second amended complaint with limited leave to amend. Plaintiff never filed an amended complaint. Accordingly, the action is DISMISSED WITH PREJUDICE.

　　　　IT IS SO ORDERED.


DATED: 2/7/2011

　　　　　　　　　　　　　　　　　　　　　　　／s／ JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No. 5:08-cv-05788-JF
ORDER DISMISSING ACTION WITH PREJUDICE
(JFLC2)